United States District Court
Southern District of Texas'
**ENTERED**
February 15, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| NEIL JAY MUKHERJEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:21-CV-00061 |
| | § | |
| RODOLFO A GARCIA JR, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court is Magistrate Judge Jason Libby's Memorandum and Recommendation (M&R). (D.E. 31). The M&R recommends that the Court grant Defendant Officer West's Motion to Dismiss. *Id.*; (D.E. 26). Further, the M&R recommends that the Court dismiss certain other claims for relief pursuant to 28 U.S.C. § 1915(e)(2)(B). (D.E. 31).

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. No objection has been filed. When no timely objection has been filed, the district court need only determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Powell v. Litton Loan Servicing, LP*, No. CIV. A. H-14-2700, 2015 WL 3823141, at *1 (S.D. Tex. June 18, 2015) (Harmon, J.).

Having carefully reviewed the proposed findings and conclusions of the Magistrate

Judge, the filings of the parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E. 31).

Accordingly, the Court **ORDERS** the following:

(1) Defendant West's Motion to Dismiss is **GRANTED** (D.E. 26);

(2) Plaintiff's claims for money damages against Defendant West in his official capacity are **DISMISSED** as barred by the Eleventh Amendment;

(3) Plaintiff's claims against Defendant West are **DISMISSED** with prejudice for failure to state a claim for relief and because he is entitled to qualified immunity as a matter of law;

(4) Plaintiff's claims for money damages against Defendant Garcia in his official capacity are **DISMISSED** as barred by the Eleventh Amendment pursuant to 28 U.S.C. § 1915(e)(2)(B); and

(5) Plaintiff's claims seeking injunctive relief against Defendants are **DISMISSED** with prejudice as moot pursuant to 28 U.S.C. § 1915(e)(2)(B).

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
  February 14, 2022